IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BONNIE JOHNSON                                                                          PLAINTIFF

vs.                                        Civil No. 4:16-cv-04064

CAROLYN W. COLVIN
Commissioner, Social Security Administration
                                                                                        DEFENDANT

## J U D G M E N T

For the reasons stated in the Memorandum Opinion entered in this case on this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 22nd day of November 2016.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE